|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LEAGUE TO SAVE LAKE TAHOE, a California non-profit corporation, | ) ) ) | Case No.: 2:08-CV-02447 JAM-KJM |
|---|---|---|
| Plaintiff, | ) ) | CORRECTED RELATED CASE ORDER |
| v. | ) ) |  |
| TAHOE REGIONAL PLANNING AGENCY, et al., | ) ) ) |  |
| Defendants. | ) ) |  |
| FRIENDS OF TAHOE VISTA, et al., | ) ) | Case No.: 2:08-CV-02741 FCD-DAD |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| TAHOE REGIONAL PLANNING AGENCY, et al., | ) ) ) |  |
| Defendants. | ) ) |  |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Local Rule 83-123 merely has the result that these actions are
2  assigned to the same judge and magistrate judge; no consolidation
3  of the actions is effected.  Under the regular practice of this
4  court, related cases are generally assigned to the judge and
5  magistrate judge to whom the first filed action was assigned.
6      IT IS THEREFORE ORDERED that the action denominated CIV. NO.
7  2:08-CV-02741-FCD-DAD be reassigned to Judge John A. Mendez and
8  Magistrate Judge Kimberly J. Mueller for all further proceedings,
9  and any dates currently set in this reassigned case _only_ are hereby
10 VACATED.  Henceforth, the caption on documents filed in the
11 reassigned cases shall be shown as CIV. NO. 2:08-CV-02741-JAM-KJM.
12     IT IS FURTHER ORDERED that the Clerk of the Court make
13 appropriate adjustment in the assignment of civil cases to
14 compensate for this reassignment.
15     IT IS SO ORDERED.
16 Dated: December 5, 2008

                                    /s/ John A. Mendez_____
                                    JOHN A. MENDEZ
                                    United States District Judge

2

PDF created with pdfFactory trial version www.pdffactory.com